Certificate Number: 17572-PAW-DE-034418133

Bankruptcy Case Number: 20-20812



17572-PAW-DE-034418133

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2020, at 6:01 o'clock AM PDT, Tim J Thiem completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 5, 2020          By:   /s/Kelly Faulks

                                                                             Name: Kelly Faulks

                                                                             Title: Counselor