**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Timothy J. Thiem** | Social Security number or ITIN  **xxx–xx–5579** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–20812–JAD**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Timothy J. Thiem
aka Timothy James Thiem, aka Tim Thiem

7/1/20

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy J. Thiem                                                    Case No. 20-20812-JAD
        Debtor                                                     Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 2          Date Rcvd: Jul 01, 2020
                             Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db            +Timothy J. Thiem,    1067 School Hill Rd,    P.O. Box 62,   Larimer, PA 15647-0062
15210442      +ACME FCU,    Cardmember Services,    PO Box 30495,   Tampa, FL 33630-3495
15210443      +Allegheny Health Network Physicians,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
15210444      #+Alltran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
15210446      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
15210453      +Midland Funding, LLC,    Attn: Bankruptcy,    350 Camino De La Reine Ste 100,
               San Diego, CA 92108-3007
15210456      +United Collection Bureau, Inc.,    5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
15210457       Weltman, Weinberg & Reis Co., LPA,    436 7th Ave Ste 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:23      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
15210445      +EDI: BANKAMER.COM Jul 02 2020 08:53:00      Bank of America,    4909 Savarese Circle,
               Fl1-908-01-50,    Tampa, FL 33634-2413
15210447      +EDI: WFNNB.COM Jul 02 2020 08:53:00      Comenity Bank,    Attn: Bankruptcy,   Po Box 182273,
               Columbus, OH 43218-2273
15210448      +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 02 2020 06:02:29
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
15210449      +EDI: DISCOVER.COM Jul 02 2020 08:53:00      Discover Financial,    Attn: Bankruptcy,
               Po Box 3025,    New Albany, OH 43054-3025
15210450       EDI: IRS.COM Jul 02 2020 08:53:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
15210451      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 02 2020 06:02:06      Keybank,
               Attn: Bankruptcy,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15210452      +E-mail/Text: bncnotices@becket-lee.com Jul 02 2020 06:00:25      Kohls/Capital One,
               Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15210454       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 02 2020 06:01:23
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
15210455      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 02 2020 06:02:24      Quicken Loans,
               Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15210458      +E-mail/Text: BKRMailOps@weltman.com Jul 02 2020 06:02:00      Weltman, Weinberg & Reis Co., LPA,
               323 W. Lakeside Ave., Ste. 200,    Cleveland, OH 44113-1009
                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Quicken Loans Inc.
                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Mark G. Moynihan   on behalf of Debtor Timothy J. Thiem mark@moynihanlaw.net,
              moynihan.mark@gmail.com;moynihanmr7158@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com

District/off: 0315-2          User: admin                Page 2 of 2              Date Rcvd: Jul 01, 2020
                             Form ID: 318                Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 4